Entered on Docket September 14, 2015

**Below is the Order of the Court.**

_____
**Chris M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

| | |
|---|---|
| **RCO Legal, P.S.**<br>13555 SE 36th St., Ste. 300<br>Bellevue, WA 98006<br>Phone: 425.458.2121<br>Fax: 425.458.2131<br>www.rcolegal.com | Honorable Judge Christopher M Alston<br>Chapter 7<br>Hearing Location: Seattle<br>Hearing Date: September 11, 2015<br>Hearing Time: 9:30 am<br>Response Date: September 4, 2015 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE:<br><br>VICKY J BROWN, AKA VICTORIA J BROWN<br><br><br>Debtors. | **NO.: 15-14277-CMA**<br><br>**ORDER GRANTING RELIEF FROM STAY TO WELLS FARGO BANK, N.A.** |

This matter came before the Court upon Wells Fargo Bank, N.A.'s ("Creditor") motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Wells Fargo Bank, N.A.'s motion and further as to the property located at 3004 Southeast 12th Street, Renton, Washington 98058 ("Property") and

Order Granting Relief From Stay
Page - 1

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131

legally described as set forth in the Deed of Trust already on file.  NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Wells Fargo Bank, N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Wells Fargo Bank, N.A.'s motion.  Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED ~~that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and~~ that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

/ / / End of Order / / /

Presented by:
**RCO LEGAL, P.S.**

/s/ Jennifer L Aspaas
    James K. Miersma, WSBA# 22062
☑ Jennifer L. Aspaas, WSBA# 26303
    John A. McIntosh, WSBA# 43113
    Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131