**Below is the Order of the Court.**

_[signature]_
**Chris M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | Case No. 15-14277 |
| VICKY J. BROWN ) | |
| ) | |
| ) | ORDER TO RETAIN |
| Debtors ) | REAL ESTATE AGENT |

THIS MATTER having come on pursuant to the Trustee's Application to Retain Real Estate Agent, no notice or hearing being required, it is hereby

ORDERED that the Trustee, Nancy L. James, is authorized to retain Kailee Rainey as her real estate agent. Said employment shall be on a commission fee basis of 6% of gross sales of real property. Payment of any commissions or fees shall be subject to further order of this Court.

///END OF ORDER///

Presented by:

 */s/ Nancy L. James*
 _____
Nancy L. James
Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541

Order To Retain Real Estate Agent